IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS THOMPKINS, ) | No. C 05-1387 JSW (PR) |
| Petitioner, ) | |
| vs. ) | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME** |
| A. P. KANE, Warden, ) | |
| Respondent. ) | (Docket No. 5) |

    Petitioner, a prisoner of the State of California, currently incarcerated at Correctional Training Facility in Soledad, California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to show cause why the petition should not be granted. Respondent filed an answer to the petition on July 22, 2005. On August 23, 2005, Petitioner filed a request for an extension of time to file the traverse (docket no. 5). Good cause appearing, the request is GRANTED.

    The Court notes that Petitioner filed the traverse on September 22, 2005. The matter is submitted. The Court will review the merits of the petition in a separate written order.

    IT IS SO ORDERED.

DATED: November 14, 2005

                                             JEFFREY S. WHITE
                                             United States District Judge